**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., and FLFMC, LLC | No. 10-cv-00229 (AJS) |
| Plaintiffs, | Hon. Arthur J. Schwab |
| v. | |
| ACE HARDWARE CORPORATION | DOCUMENT FILED ELECTRONICALLY |
| Defendant. | |

## ANSWER OF ACE HARDWARE CORPORATION

Defendant Ace Hardware Corporation ("Ace"), responds to each of the numbered paragraphs to the Complaint filed against it by Relator FLFMC, LLC ("FLFMC") as follows:

### NATURE OF THE ACTION

1. Ace admits that the Complaint purports to arise pursuant to 35 U.S.C. § 292(a).

### THE PARTIES

2. Ace admits that the Complaint purports to be brought on behalf of the United States and FLFMC, but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 2 of the Complaint, and therefore denies them.

3. Ace admits the allegations in paragraph 3 of the Complaint.

## JURISDICTION AND VENUE

4. Ace admits that this Court has jurisdiction over claims brought under 35 U.S.C. § 292(a) pursuant to 28 U.S.C. §§ 1331, 1355(a), and 1338(a) and denies the remaining allegations in paragraph 4 of the Complaint.

5. The allegations in paragraph 5 of the Complaint call for a legal conclusion to which no answer is required. To the extent an answer is required, Ace denies the allegations of paragraph 5 of the Complaint.

6. The allegations in paragraph 6 of the Complaint call for a legal conclusion to which no answer is required. To the extent an answer is required, Ace denies the allegations contained in paragraph 6 of the Complaint.

## BACKGROUND

7. Ace admits that United States Patent No. 2,810,148 ("the '148 patent") on its face purports to have been filed with the United States Patent and Trademark Office on March 30, 1954 and to have been issued on October 22, 1957. The document speaks for itself and Ace denies any allegations concerning its contents that are inconsistent therewith.

8. On information and belief, Ace admits that the '148 patent expired on October 22, 1974.

9. Ace admits that it sells the privately-labeled Trimline Edger product to its affiliated stores for re-sale to consumers. Ace denies the remaining allegations of paragraph 9 of the Complaint.

10. Ace denies that the Trimline Edger itself is marked with U.S. Patent No. 2,810,148.

## FIRST CAUSE OF ACTION: FALSE MARKING

11. Ace incorporates by reference its answers to paragraphs 1 to 10 of the Complaint as if restated fully herein.

12. Ace denies the allegations in paragraph 12 of the Complaint.

13. Ace denies the allegations in paragraph 13 of the Complaint.

## ADDITIONAL DEFENSES

Further responding to the Complaint, Ace asserts the following defenses, without admitting any allegations of the Complaint not otherwise admitted and without assuming any burden when such burden would otherwise be on FLFMC.

## FIRST DEFENSE

FLFMC does not have standing to bring this action.

## SECOND DEFENSE

The Complaint fails to state a claim upon which relief can be granted and must be dismissed.

## THIRD DEFENSE

FLFMC's claim is barred by the equitable doctrines of waiver, estoppel, and laches.

## FOURTH DEFENSE

To the extent that FLFMC alleges that it is entitled to any damages under 35 U.S.C. § 292(a) stemming from actions that occurred more than five years prior to the date FLFMC commenced this action, the claim is barred by the statute of limitations.

## FIFTH DEFENSE

Plaintiff's claims against Ace must fail because Ace did not mark upon, or affix to, or use in advertising, phrases referring to the '148 patent in connection with the privately-labeled Trimline Edger and, accordingly, is not a proper party to this action.

## SIXTH DEFENSE

This action is not an "exceptional case" under 35 U.S.C. § 285 and FLFMC is not entitled to its reasonable costs and attorneys' fees.

**WHEREFORE,** defendant Ace Hardware Corporation respectfully requests that this Court find in its favor and against FLFMC, LLC and enter an order (i) dismissing plaintiff's Complaint with prejudice and (ii) granting such other and further relief as the Court deems necessary under the circumstances.

Dated:  May 21, 2010                                     Respectfully submitted,

/s/ Matthew T. Logue
Matthew T. Logue
Arthur H. Stroyd
DEL SOLE CAVANAUGH STROYD LLC
200 First Avenue, Suite 300
Pittsburgh, PA 15222
Tel: (412) 261-2393
Fax: (412) 261-2110

John A. Bannon (jbannon@schiffhardin.com)
Jessica K. Fender (jfender@schiffhardin.com)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
Tel: 312-258-5500
Fax:  312-258-5600

*Counsel for Defendant*
Ace Hardware Corporation

CH2\8667501.3