**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, ex rel., | ) | |
| and FLFMC, LLC | ) | No. 10-cv-00229 (AJS) |
| | ) | |
| Plaintiffs, | ) | Hon. Arthur J. Schwab |
| v. | ) | |
| | ) | DOCUMENT FILED |
| ACE HARDWARE CORPORATION | ) | ELECTRONICALLY |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ACE'S MOTION TO RECONSIDER ITS RULE 12(b)(1)**
**MOTION TO DISMISS FOR LACK OF STANDING**

Defendant Ace Hardware Corporation ("Ace") respectfully requests that the Court

dismiss Plaintiff FLFMC, LLC's Complaint with prejudice pursuant to Federal Rule of Civil

Procedure 12(b)(1) because FLFMC, LLC ("FLFMC") has not established Article III standing to

bring this suit.   In support of its motion, Ace submits the accompanying Memorandum In

Support and states as follows:

1.      Ace has been accused of violating the false patent marking statute, 35

U.S.C. § 292(a), by marking certain of its products with expired patent numbers.

2.      On April 16, 2010, Ace moved to dismiss this case pursuant to Rule

12(b)(1) on the grounds that FLFMC could not demonstrate standing.  (Docket Nos. 16 & 17.)

On  May 7, 2010 the Court denied Ace's motion with respect to standing.  (Docket No. 25.)

3.      On August 3, 2010, in *United States of America ex rel. FLFMC, LLC v.*

*Wham-O Inc.*, No. 10-cv-435, this Court issued a Memorandum Opinion (Docket No. 28) and

Order (Docket No. 29) holding that FLFMC, LLC, the plaintiff in *Wham-O* and in this case, did

not have Article III standing to pursue its *qui tam* action pursuant to 35 U.S.C. § 292, and that

this Court therefore lacked subject matter jurisdiction. The Court granted Wham-O's motion to

dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and dismissed that case with prejudice.

    4.  That same day, the Court entered an Order in this case stating that, in light

of its decision in the *Wham-O* case, and in the interests of consistency and equal application of

the law, the Court would revisit and reconsider the standing issue upon motion and briefs of the

parties.  (Docket No. 32.)

    5.  Ace asks the Court to reconsider its prior denial of Ace's motion to

dismiss based upon standing.  In a complaint virtually identical to that in *Wham-O*, FLFMC does

not allege any concrete injury-in-fact to any party; the only injury it alleges is the sovereign

injury caused by the alleged false marking.  Allegations of a sovereign injury cannot create

standing, because the government cannot assign this type of injury to a private party by virtue of

a *qui tam* statute.

    6.  Even if the government could assign its sovereign injury to another,

FLFMC must plead a concrete injury-in-fact to itself, to the United States, or to the public,

sufficient to establish that FLFMC has standing to seek federal jurisdiction in the first instance.

    7.  Because FLFMC never alleged any harm or injury whatsoever to any

party, FLFMC has failed to establish standing and its Complaint must be dismissed.

**WHEREFORE**, for the foregoing reasons and those set forth in its Memorandum In Support, Defendant Ace Hardware Corporation respectfully requests that the Court dismiss Plaintiff FLFMC, LLC's Complaint in its entirety with prejudice, and grant such other and further relief the Court deems necessary under the circumstances.

Dated:  August 18, 2010

Respectfully submitted,

/s/ Jessica K. Fender
Matthew T. Logue
Arthur H. Stroyd
DEL SOLE CAVANAUGH STROYD LLC
200 First Avenue, Suite 300
Pittsburgh, PA 15222
Tel: (412) 261-2393
Fax: (412) 261-2110

John A. Bannon (jbannon@schiffhardin.com)
Jessica K. Fender (jfender@schiffhardin.com)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

*Counsel for Defendant*
Ace Hardware Corporation

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel., and FLFMC, LLC | ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | |
| v. | |
| ACE HARDWARE CORPORATION | |
| Defendant. | |

No. 10-cv-00229 (AJS)

Hon. Arthur J. Schwab

DOCUMENT FILED
ELECTRONICALLY

**ORDER GRANTING MOTION TO DISMISS**

**AND NOW**, this _____ day of _____, 2010, **IT IS ORDERED** that the Clerk of Court

dismiss the above-captioned case with prejudice.

**s/**_____

Arthur J. Schwab
United States District Judge

cc: All counsel of record

CH2\8983862.2