853704.1                                                                                                       10-cv-00229 (AJS)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., and FLFMC, LLC <br><br> Plaintiffs, <br> v. <br><br> ACE HARDWARE CORPORATION NEWELL OPERATING COMPANY, and NEWELL RUBBERMAID, INC. <br><br> Defendant. | No. 10-cv-00229 (AJS) <br><br> Hon. Arthur J. Schwab <br><br> DOCUMENT FILED ELECTRONICALLY |

### JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff-Relator FLFMC, LLC and Defendants Ace Hardware Corporation, Newell Operating Company, and Newell Rubbermaid, Inc. stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that this action be dismissed with prejudice, each side to bear its own costs and attorneys' fees.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Tony J. Thompson | /s/ John A. Bannon |
| | |
| David G. Oberdick | Matthew T. Logue |
| Tony J. Thompson | Arthur H. Stroyd |
| MEYER, UNKOVIC & SCOTT, LLP | DEL SOLE CAVANAUGH STROYD LLC |
| 535 Smithfield Street, Suite 1300 | 200 First Avenue, Suite 300 |
| Pittsburgh, P A 15222 | Pittsburgh, PA 15222 |
| (412) 456-2800 | Tel: (412) 261-2393 |
| | Fax: (412) 261-2110 |
| *Counsel For Plaintiff-Relator* | |
| FLFMC, LLP | John A. Bannon |
| | Jessica K. Fender |
| Dated: September 30, 2010 | SCHIFF HARDIN LLP |
| | 233 South Wacker Drive, Suite 6600 |
| | Chicago, Illinois 60606 |
| | Tel: (312) 258-5500 |
| | Fax:  (312) 258-5600 |
| | |
| | *Counsel for Defendants* |
| | Ace Hardware Corporation, Newell Operating Company & Newell Rubbermaid, Inc. |
| | |
| | Dated: September 30, 2010 |